NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN SCOTT WEBB,          )
                                )
          Appellant,    )
                                )
v.                          )        Case No. 2D16-5095
                                )
GREEN TREE SERVICING, LLC,  )
                                )
          Appellee.     )
_____)

Opinion filed August 17, 2018.

Appeal from the Circuit Court for Pinellas
County; Pamela A.M. Campbell, Judge.

Mark P. Stopa of Stopa Law Firm,
Tampa, for Appellant.

John D. Cusick of Phelan Hallinan
Diamond & Jones, PLLC, Ft. Lauderdale,
for Appellee.

PER CURIAM.

        Affirmed.

KELLY, SALARIO and ROTHSTEIN-YOUAKIM, JJ., Concur.